IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAROUN N. ABIAAD d/b/a STARS ON TOUR, INC., <br><br> Plaintiff, <br><br> v. <br><br> IBRAHIM KARADCHE d/b/a PETRA ENTERTAINMENT, INC., <br><br> Defendant. | CIVIL ACTION NO. 11-5961 |

### ORDER

**AND NOW**, this 4th day of March 2013, upon consideration of Defendant Ibrahim Karadche's Motion to Dismiss (Doc. No. 23) and all responses thereto, it is **ORDERED** that:

1. Defendant's Motion to Dismiss (Doc. No. 23) is **GRANTED**.

2. The action is **DISMISSED WITH PREJUDICE**.

3. All pending motions are **DENIED AS MOOT**.

4. The Clerk of Court shall close the above-captioned matter.

                                                            BY THE COURT:


                                                            /s/ Joel H. Slomsky
                                                           JOEL H. SLOMSKY, J.